# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, ET AL. | : : : | |
| v. | : : | CIVIL ACTION NO. 20-3877 |
| NIKOLAI GASIOROWSKI, ET AL. | : | |

## ORDER

This 7th day of July, 2021, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF 16) is **DENIED**.

                                                          /s/ Gerald Austin McHugh
                                                      United States District Judge