IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, ET AL. : : : | |
| v. : | CIVIL ACTION NO. 20-3877 |
| : NIKOLAI GASIOROWSKI, ET AL. : | |

## ORDER

This 5th day of July, 2022 for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Renewed Motion for Summary Judgement (ECF 33) is **GRANTED.** It is further **ORDERED** and **DECREED** that Plaintiffs Safeco Insurance Company of Illinois and Safeco Insurance Company of America have no obligation to defend or indemnify Defendant Nikolai Gasiorowski in connection with the claims asserted in the Underlying Action filed by Ilan Avizohar and captioned *Ilan Avizohar v. Nikolai Gasiorowski, et al*., Bucks County Court of Common Pleas Docket No. 2020-01457. The Clerk of Court is requested to mark this case closed for statistical purposes.

      /s/ Gerald Austin McHugh
United States District Judge